

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00831-CV

**IN RE** Jane **LAYTON**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori Massey Brissette, Justice
                Velia J. Meza, Justice

Delivered and Filed: January 21, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relator filed her petition for writ of mandamus on December 24, 2025 challenging the trial court order granting the real party in interests motion to disqualify relator's counsel. Relator filed a motion for emergency relief on January 5, 2026. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that she is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CV-04668, styled *Asia Layton v. Cameron Todd Layton*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.